McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Gol
Direct: 212.5
pagoldstein@

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

September 23, 2026

**In light of the state court's resolution of the parallel proceeding, the Court vacates the stay and directs the parties to inform the Court no later than October 1, 2026, how they wish to proceed in this action and/or whether they wish to file appropriate motions.**

**Dated: September 24, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

**Via ECF**
Honorable Nelson S. Roman, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse, Courtroom 218
300 Quarropas Street
White Plains, New York 10601-4150

**Re:** ***Bell v. Synchrony Bank, et al.***
**Case No. 7:25-cv-05569-NSR**
**Status Letter**

Dear Judge Roman:

This firm represents defendant Synchrony Bank ("Synchrony") in the above-referenced action. Pursuant to the Opinion & Order issued on March 19, 2026 (ECF No. 21), we write to provide the Court with a status update concerning the state court action that was pending between Synchrony and plaintiff Sandra Bell ("Ms. Bell") captioned *Synchrony Bank v. Sandra Bell*, Index No. CV-001215-24 (City Court of the City of Middletown, County of Orange, State of New York).

On April 14, 2026, the Middletown City Court entered a Decision and Order granting summary judgment in favor of Synchrony. In doing so, the City Court held that: (1) Synchrony's cross-motion for summary judgment was granted; and (2) Ms. Bell's motion to dismiss was denied. On May 26, 2026, the Middletown City Court entered judgment for $6,240.19 against Ms. Bell. Copies of the Decision and Order and judgement are attached as Exhibit A.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Philip A. Goldstein*

Philip A. Goldstein

PAG:
Enclosure

cc: Sandra Bell, Plaintiff *Pro Se* (via first class mail and email)
29 South Aspen Road
Middletown, New York 10940
Email: bellovely@yahoo.com

228026358_1.docx