McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

**The parties have until October 15, 2026 to file a status report on how they would like to proceed in this matter.**

**The clerk of the court is kindly directed to terminate the motion at ECF No. 26.**

**Dated: October 1, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

September 30, 2026

**Via ECF**
Honorable Nelson S. Roman, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse, Courtroom 218
300 Quarropas Street
White Plains, New York 10601-4150

**Re:** ***Bell v. Synchrony Bank, et al.***
**Case No. 7:25-cv-05569-NSR**
**Request for Extension of Time to Provide Status Letter**

Dear Judge Roman:

This firm represents defendant Synchrony Bank ("Synchrony") in the above-referenced action. Under the Order dated September 24, 2026, the Court directed the parties to file a status letter by October 1, 2026 advising how they would like to proceed in this matter. *See* ECF 25. Synchrony respectfully requests an additional fourteen (14) days to provide this information, making October 15, 2026 the new deadline to do so. I am in the process of coordinating with counsel for Synchrony in the state court matter about the judgment entered there for $6,240.19 against Ms. Bell and its effect on the proceedings in this Court, including a potential resolution of both matters.

Thank you for your consideration of this matter.

Respectfully submitted,
*/s/ Philip A. Goldstein*
Philip A. Goldstein

PAG:

cc: Sandra Bell, Plaintiff *Pro Se* (via first class mail and email)
29 South Aspen Road
Middletown, New York 10940
Email: bellovely@yahoo.com

228463625_1.docx

MEMO ENDORSED